United States Courts
Southern District of Texas
FILED
*1/11/2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:15-210 S |
| SYED RIZWAN MOHIUDDIN | § | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America by and through Alamdar S. Hamdani, the United States Attorney for the Southern District of Texas, moves that this Court dismiss Counts Two through Five of the Superseding Indictment against the Defendant as the Defendant pleaded guilty to and has been sentenced by this Court on Count One of the Superseding Indictment.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: *John R. Braddock*
John R. Braddock
Assistant United States Attorney
(713) 567-9728

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Government's Motion to Dismiss has been served in person upon Nathan Mays, counsel for defendant Syed Rizwan Mohiuddin, on this 11th day of January 2024.

                                          */s/ John R. Braddock*
                                          John R. Braddock
                                          Assistant United States Attorney