UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | **Criminal No. 4:15-210 S** |
| **SYED RIZWAN MOHIUDDIN** | § § § § | |

## ORDER OF FORFEITURE

Defendant Syed Rizwan Mohiuddin pleaded guilty to Count One of the Superseding Indictment, admitting that he engaged in a conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371.

The United States provided notice to the Defendant in the Indictment that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property which constitutes or is derived from proceeds traceable to the criminal offense. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

The Defendant agreed in the Plea Agreement that the factual basis of the guilty plea supports the forfeiture of $6,949,628.46, and the Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant consented,

1

in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1. That $6,949,628.46 is forfeited to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant Syed Rizwan Mohiuddin in that amount.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property of the Defendant up to the total amount of $6,949,628.46.

This Order will be made part of the Defendant's sentence and included in the judgment.

Signed in Houston, Texas, on 11 January 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE