UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:15-210 S |
| Syed Rizwan Mohiuddin | § § | |

## ORDER TO DISMISS COUNTS TWO THROUGH SIX

The Court having considered the United States' Motion to Dismiss Counts Two through Five of the Superseding Indictment pending against Defendant now that the Defendant has been sentenced on Count One of the Superseding Indictment finds that it should be GRANTED.

It is therefore ORDERED that Counts Two through Five of the Superseding Indictment pending against Defendant be and hereby are DISMISSED.

Signed in Houston, Texas, this 11th day of January 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE